UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40086-FDS

| | |
|---|---|
| DEVIN R. READE,<br>     Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| RYAN SANDERSON, Individually and in his<br>Official Capacity as Police Officer of the Town<br>of Spencer Police Department, and | )<br>)<br>)<br>) |
| VALERIE MORIN, Individually and in her<br>Official Capacity as Police Officer of the Town<br>of Spencer Police Department, and | )<br>)<br>)<br>) |
| DAVID DARRIN, Individually and in his<br>Official Capacity as Police Officer of the Town<br>of Spencer Police Department, and | )<br>)<br>)<br>) |
| THE TOWN OF SPENCER, a Municipal<br>Corporation duly established under the laws of the<br>Commonwealth of Massachusetts,<br>     Defendants | )<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendants, RYAN ANDERSON, VALERIE MORIN, DAVID DARRIN AND THE TOWN OF SPENCER, in the above-captioned case.

THE DEFENDANTS,
RYAN ANDERSON, VALERIE MORIN,
DAVID DARRIN and THE TOWN
OF SPENCER

By   */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  544402

368860