UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RECEIVED
2004 JUN 28 AM 9: 19

CIVIL ACTION NO. 04-40086-NMG

| | |
|---|---|
| DEVIN R. READE,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| RYAN SANDERSON, Individually and in his<br>Official Capacity as Police Officer of the Town<br>of Spencer Police Department, and | )<br>)<br>)<br>) |
| VALERIE MORIN, Individually and in her<br>Official Capacity as Police Officer of the Town<br>of Spencer Police Department, and | )<br>)<br>)<br>) |
| DAVID DARRIN, Individually and in his<br>Official Capacity as Police Officer of the Town<br>of Spencer Police Department, and | )<br>)<br>)<br>) |
| THE TOWN OF SPENCER, a Municipal<br>Corporation duly established under the laws of the<br>Commonwealth of Massachusetts,<br>    Defendants | )<br>)<br>)<br>) |

## DEFENDANTS' BUDGET 16.1 CERTIFICATION

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: /s/ Maureen MacDonald
Maureen MacDonald
Authorized Representative of
Massachusetts Interlocal Insurance
Association
12 Gill Street, Suite 5500
P. O. Box 4043
Woburn, MA 01888-4043
DATED: 8/16/04

By: /s/ Nancy Frankel Pelletier
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone (413) 732-2301
Fax (413) 785-4658
BBO # 544402

368864