UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40086-FDS

| | |
|---|---|
| DEVIN R. READE,<br>Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| RYAN SANDERSON, Individually and in his<br>Official Capacity as Police Officer of the Town<br>of Spencer Police Department, and | )<br>)<br>)<br>) |
| VALERIE MORIN, Individually and in her<br>Official Capacity as Police Officer of the Town<br>of Spencer Police Department, and | )<br>)<br>)<br>) |
| DAVID DARRIN, Individually and in his<br>Official Capacity as Police Officer of the Town of<br>Spencer Police Department, and | )<br>)<br>)<br>) |
| THE TOWN OF SPENCER, a Municipal<br>Corporation duly established under the laws of the<br>Commonwealth of Massachusetts,<br>Defendants | )<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the plaintiff, DEVIN R. READE, in the above-captioned case.

THE PLAINTIFF,
DEVIN R. READE

_____
James M. Merrigan, Esq.,
RAWSON MERRIGAN &
MERRIGAN, LLP
530 Atlantic Avenue, Third Floor
Boston, MA  02210
(617) 348-0988
B.B.O. No.: 635354

Date: 10/6/04