UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40086-FDS

| | |
|---|---|
| DEVIN R. READE,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| RYAN SANDERSON, Individually and in his<br>Official Capacity as Police Officer of the Town<br>of Spencer Police Department, and | )<br>)<br>)<br>) |
| VALERIE MORIN, Individually and in her<br>Official Capacity as Police Officer of the Town<br>of Spencer Police Department, and | )<br>)<br>)<br>) |
| DAVID DARRIN, Individually and in his<br>Official Capacity as Police Officer of the Town<br>of Spencer Police Department, and | )<br>)<br>)<br>) |
| THE TOWN OF SPENCER, a Municipal<br>Corporation duly established under the laws of the<br>Commonwealth of Massachusetts,<br>    Defendants | )<br>)<br>)<br>) |

## **PARTIES JOINT PROPOSED SCHEDULING ORDER**

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), the following Scheduling Order is hereby proposed:

(1) Written discovery requests shall be served by 12/10/04 and answers shall be served by 2/6/05;

(2) All fact depositions shall be completed by 5/5/05;

(3) All trial experts are to be designated by plaintiff by 6/5/05 and disclosure of information contemplated by FRCP, Rule 26(a)(2) shall be provided by 6/5/05. Defendant(s) by 7/7/05 and 7/7/05.  Expert depositions completed by 8/11/05;

(4) All dispositive motions, including motions for summary judgment, shall be filed by 9/12/05 and responses filed fourteen (14) days thereafter pursuant to Local Rule 7.1;

(5) Discovery to be completed by 8/11/05, unless shortened or enlarged by order of this Court.

379324

| THE PLAINTIFF,<br>DEVIN R. READE | THE DEFENDANTS<br>RYAN SANDERSON, VALERIE MORIN,<br>DAVID DARRIN AND<br>THE TOWN OF SPENCER |
|---|---|
| By __/s/ James M. Merrigan (NFP)_____<br>James M. Merrigan, Esq. of<br>Rawson Merrigan & Merrigan, LLP<br>530 Atlantic Avenue, Third Floor<br>Boston, Massachusetts 02201<br>Phone (617) 348-0988<br>BBO No.: 635354 | By _____/s/ Nancy Frankel Pelletier_____<br>Nancy Frankel Pelletier, Esq., of<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, Massachusetts 01115<br>Phone (413) 732-2301  Fax (413) 785-4658<br>BBO No.: 544402 |

379324