UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40086-NMG

| | |
|---|---|
| Devin R. Reade,<br>  Plaintiff<br>v.<br><br>Ryan Sanderson, Individually and in his Official Capacity as Police Officer of the Town of Spencer Police Department, and<br><br>Valerie Morin, Individually and in her Official Capacity as Police Officer of the Town of Spencer Police Department, and<br><br>David Darrin, Individually and in his Official Capacity as Police Officer of the Town of Spencer Police Department, and<br><br>The Town of Spencer, a Municipal Corporation duly established under the laws of the Commonwealth of Massachusetts,<br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S BUDGET 16.1 CERTIFICATION

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation, as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: _____
  Devin R. Reade

By: _____
  Thomas T. Merrigan BBO #343480
  Rawson Merrigan & Merrigan, LLP
  40 School Street
  Greenfield, MA  01301
  413 774 5300

October 12, 2004

## Certificate of Service

I, Thomas T. Merrigan, hereby certify that a copy of the Plaintiff's Budget 16.1 Certification has been served by mailing a copy of same first-class mail, postage prepaid this 20th day of October, 2004 to: Nancy Frankel Pelletier, Esq., Robinson Donovan, P.C. 1500 Main Street, Suite 1600, P.O. Box 15609, Springfield, MA 01115-5609.

Attorney for the Plaintiff,

Thomas T. Merrigan       BBO# 343480
**Rawson Merrigan & Merrigan, LLP**
40 School Street
Greenfield, MA 01301
413 774 5300