UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40086- MAP

| | |
|---|---|
| DEVIN R. READE,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| RYAN SANDERSON, Individually and in his<br>Official Capacity as Police Officer of the Town<br>of Spencer Police Department, and | )<br>)<br>)<br>) |
| VALERIE MORIN, Individually and in her<br>Official Capacity as Police Officer of the Town<br>of Spencer Police Department, and | )<br>)<br>)<br>) |
| DAVID DARRIN, Individually and in his<br>Official Capacity as Police Officer of the Town<br>of Spencer Police Department, and | )<br>)<br>)<br>) |
| THE TOWN OF SPENCER, a Municipal<br>Corporation duly established under the laws of the<br>Commonwealth of Massachusetts,<br>    Defendants | )<br>)<br>)<br>) |

## AGREEMENT FOR EXTENSION OF INTERIM DEADLINES

The parties, in accordance with the initial Scheduling Order issued by this Court per Saylor, J., agreed to extend the interim deadlines as set forth in Items 3-7 for a period of 90 days. The parties so agree as they are considering efforts to resolve this matter without further expense and/or Court intervention.

THE DEFENDANTS
RYAN SANDERSON, VALERIE MORIN,
DAVID DARRIN AND
THE TOWN OF SPENCER

By   /s/ Nancy Frankel Pelletier
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  544402

396940

THE PLAINTIFF
DEVIN R. READE


By    */s/ James M. Merrigan*
James M. Merrigan, Esq., of
Rawson Merrigan & Merrigan, LLP
Russia Wharf West
530 Atlantic Avenue, 3rd Floor
Boston, Massachusetts 02210
Phone (617) 348-0988  Fax (617) 348-0989

396940