UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEVIN READE, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-40086-MAP |
| | ) | |
| RYAN SANDERSON, et al., | ) | |
|     Defendants | ) | |

SCHEDULING ORDER
September 8, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. Plaintiff's responses to Defendants' discovery requests shall be provided to Defendants by September 23, 2005.

2. All non-expert depositions shall be completed by October 31, 2005.

3. Counsel shall appear for a case management conference on November 8, 2005, at 12:30 p.m. in Courtroom Three. The pretrial conference scheduled before District Judge Michael A. Ponsor for that date is hereby canceled.

IT IS SO ORDERED.

                                             /s/ Kenneth P. Neiman
                                             KENNETH P. NEIMAN
                                             U.S. Magistrate Judge