UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-40086-MAP

| | |
|---|---|
| DEVIN R. READE,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| RYAN SANDERSON, Individually and in his<br>Official Capacity as Police Officer of the Town<br>of Spencer Police Department, and | )<br>)<br>)<br>) |
| VALERIE MORIN, Individually and in her<br>Official Capacity as Police Officer of the Town<br>of Spencer Police Department, and | )<br>)<br>)<br>) |
| DAVID DARRIN, Individually and in his<br>Official Capacity as Police Officer of the Town<br>of Spencer Police Department, and | )<br>)<br>)<br>) |
| THE TOWN OF SPENCER, a Municipal<br>Corporation duly established under the laws of the<br>Commonwealth of Massachusetts,<br>    Defendants | )<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## (RULE 41(a)(1)(ii))

Pursuant to Rule 41(a)(1)(ii), the parties herein have stipulated that this action be dismissed with prejudice, including any counterclaims and cross claims.

THE DEFENDANTS,
RYAN SANDERSON, VALERIE MORIN,
DAVID DARRIN, THE TOWN OF
SPENCER

By _/s/ Nancy Frankel Pelletier_____
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 544402

410757

THE PLAINTIFF,
DEVIN R. READE


By /s/ James M. Merrigan
James M. Merrigan, Esq., of
Rawson Merrigan & Merrigan, LLP
393 Main Street, Floor 2
Greenfield, MA 01301-3320
Phone (413) 774-5300  Fax (413) 773-3388
BBO No.: 635354


## CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 9th day of November, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, James M. Merrigan, Esq., of Rawson Merrigan & Merrigan, LLP, 393 Main Street, Floor 2, Greenfield, MA 01301-3320

Subscribed under the penalties of perjury.

_____
Nancy Frankel Pelletier, Esq.

410757